IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RALPH D. ORTEGA, | * |
| Plaintiff, | * |
| vs. | *   No. 4:14CV00182 SWW |
| VENTURE COMMUNICATIONS GROUP, LLC, | * |
| Defendant. | * |

**Order**

Before the Court is plaintiff's unopposed motion to dismiss. Pursuant to Fed.R.Civ.P. 41(a)(2), this action is dismissed with prejudice. Each side will bear its own costs.

IT IS SO ORDERED this 12th day of November, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE